# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:01-CR-00012-KDB

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **ORDER** |
| **RICHARD LYNN WILLIAMS,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion for compassionate release and home confinement pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 72). Defendant seeks compassionate release for a fourth time restating claims he presented in his prior requests. Having carefully reviewed the Defendant's motion, exhibits, and all other relevant portions of the record, the Court will deny his motion as Defendant has not met his burden to establish that a sentencing reduction is warranted under 18 U.S.C. § 3582(c).

Defendant's motions for compassionate release were denied because Defendant did not present extraordinary and compelling reasons for this Court in its discretion to grant compassionate release and the sentencing considerations contained in 18 U.S.C. § 3553(a) do not support a sentence reduction. (Doc. Nos. 60, 67, 71). Defendant presents no new evidence that this Court has not previously considered and the Court finds no reason to change its prior rulings.

Defendant also requests appointment of counsel to assist in his request for compassionate release. However, Defendant has shown that he is more than capable to request compassionate release as this is his fourth request and Defendant has not otherwise established that the interests

of justice require appointment of counsel in these circumstances at this time. The Court finds that the interests of justice do not require appointment of counsel to assist Defendant at this time.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. No. 72), is **DENIED**.

**SO ORDERED.**

Signed: January 31, 2022

Kenneth D. Bell
United States District Judge